UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION



CR421-0155

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 1951 |
| | ) Interference with Commerce by |
| ANTHONY FRANZEL HAMILTON | ) Robbery, Conspiracy |
| | ) |
| | ) 18 U.S.C. § 924(c) |
| | ) Possession of a Firearm in |
| | ) Furtherance of a Crime of Violence |
| | ) |
| | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of a Firearm by a |
| | ) Prohibited Person |
| | ) |
| | ) 18 U.S.C. § 924(o) |
| | ) Conspiracy to Possess a Firearm in |
| | ) Furtherance of a Crime of Violence |

**THE GRAND JURY CHARGES THAT:**

## INTRODUCTION

At all times material to this indictment, the following businesses operated convenience stores in Chatham County, Georgia that sell items such as food, beverages, and other items commonly sold at convenience stores: Aarav Food Mart Inc., doing business as Savannah Mart (hereinafter, "Savannah Mart"), located at 1300 E. DeRenne Avenue in Savannah; Montgomery Market, located at 4305 Montgomery Street in Savannah; BPM Food Mart, located at 3701 Bull Street in Savannah; Hargobind Corp., doing business as BP (hereinafter, "BP"), located at 502 West Bay Street in Savannah; Smart Stop, located at 1114 Abercorn Street in

Savannah; and Stoggies, located at 802 Montgomery Street in Savannah. These businesses were businesses that affected interstate commerce.

## COUNT ONE
*Conspiracy to Interfere with Commerce by Robbery*
18 U.S.C. § 1951(a)

On or around November 22, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**ANTHONY FRANZEL HAMILTON,**

did knowingly and intentionally combine, conspire, confederate, and agree with at least one other person to obstruct commerce and the movement of articles and commodities in such commerce by robbery, in that the defendant conspired to unlawfully take and obtain property from Savannah convenience stores, against the will of and from the persons and in the presence of store employees, by means of actual and threatened force, violence, and fear of injury to the employees.

All in violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO
*Interference with Commerce by Robbery*
18 U.S.C. § 1951(a)

On or about November 22, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**ANTHONY FRANZEL HAMILTON,**

did unlawfully obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in said statute, in that

2

Defendant did unlawfully take and obtain property consisting of United States Currency from Savannah Mart, against the will of at least one employee by means of actual and threatened force, violence and fear of injury, immediate and future, to the employee, and to property in the employee's custody and possession, that is, he did enter the business, brandish and use a firearm, threaten at least one employee, and take money belonging to the business.

All in violation of Title 18, United States Code, Section 1951(a).

### COUNT THREE
*Possession of a Firearm in Furtherance of a Crime of Violence*
18 U.S.C. § 924(c)

On or about November 22, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

### ANTHONY FRANZEL HAMILTON,

did knowingly possess and brandish a firearm, to wit, a handgun, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, to wit, Interference with Commerce by Robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count 2 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

### COUNT FOUR
*Interference with Commerce by Robbery*
18 U.S.C. § 1951(a)

On or about November 22, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

### ANTHONY FRANZEL HAMILTON,

did unlawfully obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in said statute, in that Defendant did unlawfully take and obtain property consisting of United States Currency from Montgomery Market, against the will of at least one employee by means of actual and threatened force, violence and fear of injury, immediate and future, to the employee, and to property in the employee's custody and possession, that is, he did enter the business, brandish and use a firearm, threaten at least one employee, and take money belonging to the business.

All in violation of Title 18, United States Code, Section 1951(a).

## COUNT FIVE
*Possession of a Firearm in Furtherance of a Crime of Violence*
18 U.S.C. § 924(c)

On or about November 22, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**ANTHONY FRANZEL HAMILTON,**

did knowingly possess and brandish a firearm, to wit, a handgun, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, to wit, Interference with Commerce by Robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count 4 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT SIX
*Interference with Commerce by Robbery*
18 U.S.C. § 1951(a)

On or about November 22, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**ANTHONY FRANZEL HAMILTON,**

did unlawfully obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in said statute, in that the defendant did unlawfully take and obtain property consisting of United States Currency from BPM Food Mart, against the will of at least one employee by means of actual and threatened force, violence and fear of injury, immediate and future, to the employee, and to property in the employee's custody and possession, that is, he did enter the business, brandish and use a firearm, threaten at least one employee, and take money belonging to the business.

All in violation of Title 18, United States Code, Section 1951(a).

## COUNT SEVEN
*Possession of a Firearm in Furtherance of a Crime of Violence*
18 U.S.C. § 924(c)

On or about November 22, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**ANTHONY FRANZEL HAMILTON,**

did knowingly possess and brandish a firearm, to wit, a handgun, in furtherance of a crime of violence, for which he may be prosecuted in a court of the United States, to

5

wit, Interference with Commerce by Robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count 6 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT EIGHT
*Attempted Interference with Commerce by Robbery*
18 U.S.C. § 1951(a)

On or about November 22, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**ANTHONY FRANZEL HAMILTON,**

did unlawfully obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in said statute, in that Defendant did attempted to unlawfully take and obtain property consisting of United States Currency from BP, against the will of at least one employee by means of actual and threatened force, violence and fear of injury, immediate and future, to the employee, and to property in the employee's custody and possession, that is, he did enter the business, brandish and use a firearm, threaten at least one employee, and attempt to take money belonging to the business.

All in violation of Title 18, United States Code, Section 1951(a).

## COUNT NINE
*Possession of a Firearm in Furtherance of a Crime of Violence*
18 U.S.C. § 924(c)

On or about November 22, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

6

**ANTHONY FRANZEL HAMILTON,**

did knowingly possess and brandish a firearm, to wit, a handgun, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, to wit, Attempted Interference with Commerce by Robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count 8 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT TEN
*Interference with Commerce by Robbery*
18 U.S.C. § 1951(a)

On or about November 22, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**ANTHONY FRANZEL HAMILTON,**

did unlawfully obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in said statute, in that Defendant did unlawfully take and obtain property consisting of United States Currency from Smart Stop, against the will of at least one employee by means of actual and threatened force, violence and fear of injury, immediate and future, to the employee, and to property in the employee's custody and possession, that is, he did enter the business, brandish and use a firearm, threaten at least one employee, and take money belonging to the business.

All in violation of Title 18, United States Code, Section 1951(a).

## COUNT ELEVEN
*Possession of a Firearm in Furtherance of a Crime of Violence*
18 U.S.C. § 924(c)

On or about November 22, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

### ANTHONY FRANZEL HAMILTON,

did knowingly possess and brandish a firearm, to wit, a handgun, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, to wit, Interference with Commerce by Robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count 10 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT TWELVE
*Interference with Commerce by Robbery*
18 U.S.C. § 1951(a)

On or about November 22, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

### ANTHONY FRANZEL HAMILTON,

did unlawfully obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in said statute, in that Defendant did unlawfully take and obtain property consisting of United States Currency from Stoggies, against the will of at least one employee by means of actual and threatened force, violence and fear of injury, immediate and future, to the employee, and to property in the employee's custody and possession, that is, he did

enter the business, brandish and use a firearm, threaten at least one employee, and take money belonging to the business.

All in violation of Title 18, United States Code, Section 1951(a).

## COUNT THIRTEEN
*Possession of a Firearm in Furtherance of a Crime of Violence*
18 U.S.C. § 924(c)

On or about November 22, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**ANTHONY FRANZEL HAMILTON,**

did knowingly possess and brandish a firearm, to wit, a handgun, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, to wit, Interference with Commerce by Robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count 12 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT FOURTEEN
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about November 22, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**ANTHONY FRANZEL HAMILTON,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Taurus, Model PT 24/7, 9 mm caliber pistol, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FIFTEEN
*Conspiracy to Possess a Firearm in Furtherance of a Crime of Violence*
18 U.S.C. § 924(o)

On or around November 22, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

### ANTHONY FRANZEL HAMILTON,

did knowingly and intentionally combine, conspire, and agree with at least one other person to possess a firearm in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, to wit, Interference and Attempted Interference with Commerce by Robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Counts 2, 4, 6, 8, 10, and 12 of this Indictment.

All in violation of Title 18, United States Code, Section 924(o).

## FORFEITURE ALLEGATION

The allegations contained in Counts One through Fifteen of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses charged in Counts One, Two, Four, Six, Eight, Ten, and Twelve in violation of Title 18, United States Code, Section 1951(a) set forth in this Indictment, **ANTHONY FRANZEL HAMILTON**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation.

If any of the property described above, as a result of any act or commission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

12

Additionally, upon conviction of one or more of the offenses charged in Counts Three, Five, Seven, Nine, Eleven, Thirteen, Fourteen, and Fifteen of this Indictment, **ANTHONY FRANZEL HAMILTON** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to, a Taurus, Model PT 24/7, 9 mm caliber pistol bearing serial number TFU82716.

A True Bill.

_____
Foreperson

_____
David Estes
First Assistant United States Attorney

_____
Chris Howard
Assistant United States Attorney
*Lead Counsel

_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division

13