**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANTHONY FRANZEL HAMILTON,<br><br>Defendant. | CASE NO.: 4:21-cr-155 |

**ORDER**

The Court has received letters from Defendant in which he requests early termination of his sentence. (Docs. 50, 51, 52.) The Court construes these letters as Motions for Sentence Reduction Under 18 U.S.C § 3582(c)(1)(A) (Compassionate Release), (doc. 289). Even if Defendant has exhausted his administrative remedies, Defendant has failed to establish an "extraordinary and compelling reason" for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A). Moreover, having considered the facts of this case, the Court finds that reduction of Defendant's sentence would contravene the factors set forth at 18 U.S.C. § 3553(a). The sentence he received remains necessary to achieve the statutory purposes of sentencing. Accordingly, the Court **DENIES** Defendant's requests and leaves his full sentence in place.

That said, the Court is encouraged by the progress Defendant has made during his incarceration. Defendant appears to have recognized the wrongfulness of his conduct and has begun to make amends while in prison and prepared himself for a productive life moving forward.

The Court encourages Defendant to continue this progress so that he can make a positive impact on the lives of others. The Court continues to wish Defendant the best of luck.

**SO ORDERED**, this 23rd day of September, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA